UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WEBSTER, | Case No. 22-12847 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| MICHIGAN DEPARTMENT OF CORRECTIONS, *et al.*, | Elizabeth A. Stafford United States Magistrate Judge |
| Defendants. _____ / | |

### ORDER ACCEPTING AND ADOPTING MAGISTATE JUDGE'S SEPTEMBER 6, 2023 REPORT AND RECOMMENDATION (ECF No. 19)

Currently before the court is Magistrate Judge Elizabeth A. Stafford's September 6, 2023 Report and Recommendation. (ECF No. 19). Magistrate Judge Stafford recommends granting Defendants' motion to dismiss and *sua sponte* recommends dismissing the entire case. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the

Magistrate Judge's Report and Recommendation (ECF No. 19), **GRANTS** the motion to dismiss the complaint (ECF No. 13), and **DISMISSES** the complaint with prejudice.

**SO ORDERED**.

Date:  October 2, 2023                             s/F. Kay Behm
                                                   F. Kay Behm
                                                   United States District Judge